IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-20059 Ml |
| ANTHONY RICHARDSON, | ) | |
| Defendant. | ) | |

ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW PLEA OF GUILTY

For the reasons stated in open court during the hearing on Defendant's Motion to Withdraw Guilty Plea, Defendant's motion is GRANTED and Defendant's guilty plea is hereby WITHDRAWN.

This case is set for trial on the August, 2005, Rotation Calendar with a final report date on <u>Friday, July 22, 2005, at 9:00 a.m.</u>

SO ORDERED THIS 8 DAY OF June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:04-CR-20059 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT